IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

INTERNATIONAL FIDELITY                                                  PLAINTIFF
INSURANCE COMPANY

VS.                          CASE NO. 4:07CV00060 HLJ

CITY OF BENTON, ARKANSAS and
SALINE CRUSHING & EXCAVATION, INC.                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Motion to Dismiss by Separate Defendant of Benton is interpreted as a Motion for Summary Judgment, which is hereby granted.  Plaintiff IFIC's request for declaratory relief is denied with prejudice, except to Plaintiff IFIC's right to assert the surety defenses in subsequent proceedings.

SO ORDERED this 28th day of September, 2007.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE